Benjamin Heikali (SBN 307466)
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail: bheikali@faruqilaw.com

[*Additional Counsel on Signature Page*]

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD F. WORDEHOFF,<br><br>Plaintiff,<br>vs.<br><br>OCLARO, INC., MARISSA PETERSON, EDWARD COLLINS, KENDALL COWAN, GREG DOUGHERTY, DENISE HAYLOR, IAN SMALL, BILL SMITH, and JOEL A. SMITH III,<br><br>Defendants. | Case No.:  5:18-cv-03148<br><br>The Honorable Nathanael M. Cousins<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses with prejudice the above-titled action against Defendants.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: July 27, 2018                                   Respectfully submitted,

                                                                       **FARUQI & FARUQI, LLP**

                                                                        */s/ Benjamin Heikali*
                                                                       Benjamin Heikali (SBN 307466)
                                                                       10866 Wilshire Boulevard, Suite 1470
                                                                       Los Angeles, CA 90024
                                                                       Telephone: (424) 256-2884

*Counsel for Plaintiff*

**OF COUNSEL:**

**BROWER PIVEN**
  A Professional Corporation
Daniel Kuznicki
136 Madison Avenue, 5th Floor
New York, NY 10016
Telephone: (212) 501-9000
Facsimile:  (212) 501-0300
kuznicki@browerpiven.com

**CERTIFICATE OF SERVICE**

I certify that on the 27th day of July, 2018, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Benjamin Heikali*
Benjamin Heikali (SBN 307466)

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE